UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TEREGINALD WALLACE                                                                PETITIONER
ADC #124374

V.                              NO. 4:20-CV-00359-JM-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                   RESPONDENT

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering those documents and making a de novo review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Respondent's Motion to Dismiss (*Doc. 18*) be GRANTED;

2.  All claims asserted in the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus and amendments thereto, *Docs. 2, 8, and 12*, are DISMISSED, WITH PREJUDICE;

3.  Wallace's Motion for Relief (*Doc. 13*) be DENIED as MOOT;

4.  Wallace's Motion to Compel (*Doc. 14*) be DENIED as MOOT;

5.  Wallace's Motion to Dismiss (*Doc. 35*) be DENIED as MOOT; and

6.  Wallace's Motion for Extension (*Doc. 37*) be DENIED.

7.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma*

*pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 10th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE