# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TEREGINALD WALLACE                                              PETITIONER
ADC #124374

V.                    NO. 4:20-CV-00359-JM-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                 RESPONDENT

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

DATED this 10th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE